SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 09 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 4:18CR00009 |
| MATTHEW CAESAR FERGUSON | : | In violation of: |
| and | : | 18 U.S.C. §§ 2251(a), (e) |
| JOSHUA MALIK COLEMAN | : | |

## COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury charges that:

In or between October and December 2016, within the Western District of Virginia, MATTHEW CAESAR FERGUSON and JOSHUA MALIK COLEMAN, did employ, use, persuade, induce, entice, and coerce a female minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellphone; and the visual depiction was transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a), (e).

/Foreperson/
Foreperson

This 9th day of May, 2018.

Thomas T. Cullen /s/
Thomas T. Cullen
United States Attorney