IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 4:18CR00009 |
| MATTHEW CAESAR FERGUSON, | ) |
| Defendant. | ) |

### WAIVER OF SPEEDY TRIAL

I, Matthew Caesar Ferguson, hereby waive my rights under the Speedy Trial Act and expressly consent to the trial of my case being set outside the 70-day time limit imposed under said Act.

_____
Defendant

_____
Counsel

08/10/18
_____
Date