CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV - 8 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 4:18CR00009-1 |
| | ) | |
| vs. | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior U.S. District Judge |
| MATTHEW CAESAR FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is reassigned to the docket of the Honorable Michael F. Urbanski, Chief United States District Judge for the Western District of Virginia, for further action.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 8th day of November, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE